# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Luz M Norton

Case No.: 16-28606

Hearing Date: 8/24/2017

Chapter: 13

Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  John K. Sherwood , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Application for Extension of Loss Mitigation

**Location of Hearing:** Courtroom No. 3D
U.S. Bankruptcy Court
50 Walnut Street, 3rd fl.
Newark, NJ 07102

**Date and Time:** August 24, 2017 @ 11:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 25, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda L Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 25, 20 17 this notice was served on the following: Debtor, Debtor's Counsel, Trustee and Creditor's Counsel

JEANNE A. NAUGHTON, Clerk

By: Zelda L Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Luz M Norton  
      Debtor

Case No. 16-28606-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.  
db        +Luz M Norton,   31 Clinton Place, Unit 4,   Morristown, NJ 07960-6805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:

           Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT james.shay@phelanhallinan.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com  
           Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,    ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                                                                                         TOTAL: 8