Order Filed on November 16,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

782538
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re: | Case No: 16-28606 - JKS |
| LUZ M. NORTON | Hearing Date: 10/12/2017 |
| | Judge: John K. Sherwood |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 782538**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS
ATTORNEY IN FACT</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    LUZ M. NORTON

          Debtor

CASE NO. 16-28606 - JKS

CHAPTER 13

ORDER RESOLVING SECURED CREDITOR'S
OBJECTION TO NOTICE OF REQUEST FOR
EXTENSION OF THE LOSS MITIGATION
PERIOD

HEARING DATE: 10/12/2017

    This Order pertains to the property located at 31 Clinton Place, Unit 4, Morristown Town, NJ 07960-6805, mortgage account ending with "0593";

    THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for Debtor, LUZ M. NORTON, upon the filing of a Notice of Request for Extension of Loss Mitigation Period, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Notice of Request for Extension of Loss Mitigation Period and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

    IT IS on the                 day of                 , 2017, ORDERED as follows:

1. Debtor agrees to resume making Adequate Protection Payments owed to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT pursuant to the Loss Mitigation Order starting with the **November 1, 2017** payment and said payments are subject to a 30-day default clause;

2. Debtor must promptly respond to all of Secured Creditor's requests regarding additional documents or information needed, posted by Secured Creditor via the DMM Portal.

3. The Loss Mitigation Period is hereby extended to **December 12, 2017, or as extended by court**.

4. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.