782538
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

LUZ M. NORTON

Case No: 16-28606 - JKS

Hearing Date: 10/12/2017

Judge: John K. Sherwood

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 782538**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:
    LUZ M. NORTON

CASE NO. 16-28606 - JKS

CHAPTER 13

Debtor

ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO NOTICE OF REQUEST FOR EXTENSION OF THE LOSS MITIGATION PERIOD

HEARING DATE: 10/12/2017

    This Order pertains to the property located at 31 Clinton Place, Unit 4, Morristown Town, NJ 07960-6805, mortgage account ending with "0593";

    THIS MATTER having been brought before the Court by RUSSELL L. LOW, Esquire attorney for Debtor, LUZ M. NORTON, upon the filing of a Notice of Request for Extension of Loss Mitigation Period, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Notice of Request for Extension of Loss Mitigation Period and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

    IT IS on the      day of      , 2017, ORDERED as follows:

1. Debtor agrees to resume making Adequate Protection Payments owed to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT pursuant to the Loss Mitigation Order starting with the **November 1, 2017** payment and said payments are subject to a 30-day default clause;

2. Debtor must promptly respond to all of Secured Creditor's requests regarding additional documents or information needed, posted by Secured Creditor via the DMM Portal.

3. The Loss Mitigation Period is hereby extended to **December 12, 2017, or as extended by court**.

4. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28606-JKS
Luz M Norton                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Nov 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db             +Luz M Norton,    31 Clinton Place, Unit 4,   Morristown, NJ 07960-6805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8