# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Luz M. Norton

Case No.: 16-28606
Hearing Date: 01/11/2018
Chapter: 13
Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Application for Extension of Loss Mitigation filed by Trustee

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** 1/11/2018 at 11:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 12?05/2017

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 12/05, 20 17 this notice was served on the following: Debtor, Counsel for Debtor and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28606-JKS
Luz M Norton                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1         Date Rcvd: Dec 05, 2017
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db             +Luz M Norton,    31 Clinton Place, Unit 4,    Morristown, NJ 07960-6805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               james.shay@phelanhallinan.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8