UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201)-343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

Order Filed on January 17, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Luz M Norton

Case No.: 16-28606

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   November 17, 2016   :

Property:       31 Clinton Place, Unit 4 Morristown, NJ 07960

Creditor:       M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by       Russell L. Low       , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including       March 12, 2018       .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*