| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>782538<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT | Order Filed on March 25, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LUZ M. NORTON | Case No: 16-28606 - JKS<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 13 |

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by LUZ M. NORTON, on 10/20/2016, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective 03/16/2018.
Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.

The debtor is also required to cure any post-petition arrears that may have been incurred due to tendering a payment amount less than the contract rate.