UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

782538
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS
TRUSTEE FOR LSF9 MASTER PARTICIPATION
TRUST, BY CALIBER HOME LOANS, INC., AS
ITS ATTORNEY IN FACT

**Order Filed on March 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

LUZ M. NORTON

Case No:  16-28606 - JKS

Judge:  JOHN K. SHERWOOD

Chapter:  13

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by LUZ M. NORTON, on 10/20/2016, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective 03/16/2018.
Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.
The debtor is also required to cure any post-petition arrears that may have been incurred due to tendering a payment amount less than the contract rate.

United States Bankruptcy Court
District of New Jersey

In re:
Luz M Norton
       Debtor

Case No. 16-28606-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 26, 2018
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Luz M Norton,    31 Clinton Place, Unit 4,    Morristown, NJ 07960-6805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
    LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,
    ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sherri J. Braunstein    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com,
    nj.bkecf@fedphe.com
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                 TOTAL: 10