Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−28606−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luz M Norton
  31 Clinton Place, Unit 4
  Morristown, NJ 07960

Social Security No.:
  xxx−xx−6678

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/26/18 at 11:00 AM

to consider and act upon the following:

*62* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Luz M Norton. Objection deadline is 4/2/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*63* − Objection to (related document:62 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Luz M Norton. Objection deadline is 4/2/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Luz M Norton) filed by Nicholas V. Rogers on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT. (Attachments: # 1 Certificate of Service) (Rogers, Nicholas)

Dated: 3/29/18

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court