# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Luz M Norton | Case No.: 16-28606 (JKS) |
| | Hearing Date: 8/9/2018 |
| | Chapter: 13 |
| | Judge: John K. Sherwood |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Certification of Default Filed 6/27/18. Debtor's Certification in Opposition to Default Filed 7/5/18.

**Location of Hearing:** Courtroom No. 3D
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** August 9, 2018 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 6, 2018

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __July 6__, 20__18__ this notice was served on the following: Debtor, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-28606-JKS
Luz M Norton                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin              Page 1 of 1             Date Rcvd: Jul 06, 2018
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
db             +Luz M Norton,    31 Clinton Place, Unit 4,    Morristown, NJ 07960-6805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,    ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
      Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 11