Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−28606−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Norton
   31 Clinton Place, Unit 4
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−6678

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 13, 2017.

On 9/26/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                October 25, 2018
Time:                09:00 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 27, 2018
JAN: smz

                                                            Jeanne Naughton
                                                            Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 16-28606-JKS
Luz M Norton                                                           Chapter 13
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2         Date Rcvd: Sep 27, 2018
                              Form ID: 185                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Luz M Norton,    31 Clinton Place, Unit 4,    Morristown, NJ 07960-6805
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516419662      +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
516419663      +ANNIE SEZ,    401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
516419664      +AURORA BANK,    POB 1706,    SCOTTSBLUFF, NE 69363-1706
516419665      +BK OF AMER,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
516419667      +CBNA,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
516419668      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516419669      +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
516419678      +MANDEES,    401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
516419679     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE LL,      350 HIGHLAND DR,    LEWISVILLE, TX 75067)
516419680      +PARDA FEDERAL CREDIT U,    2601 CAMBRIDGE CT STE 21,    AUBURN HILLS, MI 48326-2580
516419682      +RUSHMORE LOAN MGMT SER,    15480 LAGUNA CANYON RD S,    IRVINE, CA 92618-2132
516419686      +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516419687      +TOWN NORTH BANK,    PO BOX 814810,    DALLAS, TX 75381-4810
516419688     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA MOTOR CREDIT,      4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
516419689      +WELLS FARGO BANK,    PO BOX 14517,    DES MOINES, IA 50306-3517
516419690      +WELLS FARGO BANK NV NA,     P O BOX 31557,    BILLINGS, MT 59107-1557
516419691      +WF/WB,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
516626076       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516537233       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus MAC X2303-01A,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516419666       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2018 00:07:14      CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
516419671      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 00:04:11      COMENITY BANK/ANNTYLR,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
516419672      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 00:04:11      COMENITY BANK/DRESSBRN,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
516419673       E-mail/Text: mrdiscen@discover.com Sep 28 2018 00:03:43      DISCOVERBANK,    PO BOX 15316,
                 WILMINGTON, DE 19850
516419674      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2018 00:04:11      FASHION BUG,
                 PO BOX 84073,    COLUMBUS, GA 31908-4073
516419675      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2018 00:03:46      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
516419676       E-mail/Text: camanagement@mtb.com Sep 28 2018 00:04:08      M & T BANK,    1 FOUNTAIN PLZ,
                 BUFFALO, NY 14203
516638430       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 00:08:43
                 Portfolio Recovery Associates, LLC,    c/o Parda Federal Credit Union,    POB 41067,
                 Norfolk VA 23541
516419683      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:08:30      SYNCB/CARE CREDIT,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516419684      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:07:48      SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
516419685      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2018 00:07:08      SYNCB/LORD & TAY,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
516642919      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 28 2018 00:05:28
                 U.S. Bank Trust, N.A., et al,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516419670*     +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
516419677*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M & T BANK,     1 FOUNTAIN PLZ,    BUFFALO, NY 14203)
516419681*     +PARDA FEDERAL CREDIT U,    2601 CAMBRIDGE CT STE 21,    AUBURN HILLS, MI 48326-2580
                                                                                             TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Sep 27, 2018
                              Form ID: 185              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Luz M Norton rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```