UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-2669

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Luz M. Norton

Order Filed on December 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 16-28606-JKS

Hearing Date: 12/13/2018

Judge: Honorable John K. Sherwood

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Luz M. Norton
Case No.: 16-28606-JKS
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., secured by a second mortgage on the real property commonly known as 31 Clinton Place, Morris Plains, New Jersey 07950 is hereby resolved upon the conditions that debtor's plan will be amended to provide for payment in full of the pre-petition arrears due claimed by Wells Fargo Bank, N.A., in the amount of $9,299.58 as set forth in Claim #1.

2. Post petition arrears due to Wells Fargo Bank, N.A., through October 17, 2018, in the sum of $6,283.50 as itemized below shall be cured through the debtor's plan and are hereby added to the claim filed by the mortgagee.

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 25 | Payments @ | $251.34 | (10/17/2016 - 10/17/2018) | = | $6,283.50 |
| | Arrears to Cure: | | | = | $6,283.50 |

3. Debtor agrees to tender the post-petition mortgage payments commencing November 17, 2018, directly to Wells Fargo Bank, N.A., in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

4. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.