Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Luz Norton

Case No.:  16-28606

Chapter:   13

Judge:     JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 7, 2018___ :

Property: _____31 Clinton Place Unit 4 Morristown NJ 07960_____

Creditor: _____M&T Bank_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _Russell L. Low on behalf of the debtor_, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____5/12/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2