Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−28606−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Norton
   31 Clinton Place, Unit 4
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−6678

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/13/19 at 10:00 AM

to consider and act upon the following:

*100* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Luz M Norton. Objection deadline is 5/13/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

Dated: 5/13/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court