UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 28, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

  LUZ M NORTON

Case No.:  16-28606 JKS

Hearing Date:  6/27/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LUZ M NORTON

Case No.: 16-28606

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/27/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and amended Schedule J by 7/11/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and amended Schedule J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.