| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    LUZ M NORTON |

Order Filed on February 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-28606 JKS

Hearing Date:  2/10/2022

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: February 14, 2022

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LUZ M NORTON

Case No.: 16-28606

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/10/2022 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 2/28/2022 or the case will be dismissed.