UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Luz M. Norton

Case No.: __16-28606__

Chapter: __13__

Judge: __JKS__

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Luz M. Norton_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __3/24/22__                                          _____Luz M Norton_____
                                                              Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*