**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Luz M Norton**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6678<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28606–JKS | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Luz M Norton

   <u>5/6/22</u>                                                                 **By the court:** <u>John K. Sherwood</u>
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Luz M Norton  
    Debtor

Case No. 16-28606-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 06, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luz M Norton, 31 Clinton Place, Unit 4, Morristown, NJ 07960-6805 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516419664 | + | AURORA BANK, POB 1706, SCOTTSBLUFF, NE 69363-1706 |
| 516419682 | + | RUSHMORE LOAN MGMT SER, 15480 LAGUNA CANYON RD S, IRVINE, CA 92618-2132 |
| 516419687 | + | TOWN NORTH BANK, PO BOX 814810, DALLAS, TX 75381-4810 |
| 518263828 | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 ET.AL., CALIBER HOME LOANS, INC., BANKRUPTCY DEPARTMENT,, 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 516419691 | + | WF/WB, PO BOX 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516419662 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2022 20:42:00 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 516419663 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | ANNIE SEZ, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 516419665 | + | EDI: BANKAMER.COM | May 07 2022 00:28:00 | BK OF AMER, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 516419666 | | EDI: CAPITALONE.COM | May 07 2022 00:28:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 516419667 | + | EDI: CITICORP.COM | May 07 2022 00:28:00 | CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 516419671 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | COMENITY BANK/ANNTYLR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 516419672 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | COMENITY BANK/DRESSBRN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 516419673 | | EDI: DISCOVER.COM | May 07 2022 00:28:00 | DISCOVERBANK, PO BOX 15316, WILMINGTON, DE 19850 |
| 516419674 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | FASHION BUG, PO BOX 84073, COLUMBUS, GA 31908-4073 |
| 516419668 | | EDI: JPMORGANCHASE | May 07 2022 00:28:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516419669 | | EDI: JPMORGANCHASE | | |

Case 16-28606-JKS    Doc 139    Filed 05/08/22    Entered 05/09/22 00:15:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2022 00:28:00 | CHASE MTG, PO BOX 24696, COLUMBUS, OH 43224 |
| 516419675 | + | Email/Text: PBNCNotifications@peritusservices.com | May 06 2022 20:38:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 519215335 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 06 2022 20:39:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing, |
| 519215334 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 06 2022 20:39:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516419676 | | Email/Text: camanagement@mtb.com | May 06 2022 20:38:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 516419678 | + | EDI: WFNNB.COM | May 07 2022 00:28:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 516419679 | | Email/Text: nsm_bk_notices@mrcooper.com | May 06 2022 20:38:00 | NATIONSTAR MORTGAGE LL, 350 HIGHLAND DR, LEWISVILLE, TX 75067 |
| 516419680 | + | Email/Text: CreditSolutions1@parda.com | May 06 2022 20:37:00 | PARDA FEDERAL CREDIT U, 2601 CAMBRIDGE CT STE 21, AUBURN HILLS, MI 48326-2580 |
| 516638430 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Parda Federal Credit Union, POB 41067, Norfolk VA 23541 |
| 516419682 | + | Email/Text: BkGeneralInbox@rushmorelm.com | May 06 2022 20:38:00 | RUSHMORE LOAN MGMT SER, 15480 LAGUNA CANYON RD S, IRVINE, CA 92618-2132 |
| 516419683 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | SYNCB/CARE CREDIT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 516419684 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 516419685 | + | EDI: RMSC.COM | May 07 2022 00:28:00 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 516419686 | + | EDI: CITICORP.COM | May 07 2022 00:28:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516419688 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 06 2022 20:38:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07054 |
| 516642919 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 06 2022 20:39:00 | U.S. Bank Trust, N.A., et al, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 516419689 | + | EDI: WFFC.COM | May 07 2022 00:28:00 | WELLS FARGO BANK, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 516419690 | + | EDI: WFFC.COM | May 07 2022 00:28:00 | WELLS FARGO BANK NV NA, P O BOX 31557, BILLINGS, MT 59107-1557 |
| 516537233 | + | EDI: WFFC.COM | May 07 2022 00:28:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 3180W | Total Noticed: 37 |

| 516419670 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE MTG, PO BOX 24696, COLUMBUS, OH 43224 |
| 516419677 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 516419681 | *+ | PARDA FEDERAL CREDIT U, 2601 CAMBRIDGE CT STE 21, AUBURN HILLS, MI 48326-2580 |
| 516626076 | *+ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LSF9 Master Participation Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Craig Scott Keiser | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST craig.keiser@law.njoag.gov |
| Kevin M. Buttery | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Frederick Dingerdissen | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com |
| Russell L. Low | on behalf of Debtor Luz M Norton ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 12